IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No** |
| | : | |
| v. | : | **Magistrate No: 04-0477M-01** |
| | : | |
| **YOUSSEF MAHIR,** | : | |
| | : | **Violations: 18 U.S.C. §§ 1341 and 1346** |
| Defendant. | : | **(Mail Fraud)** |
| | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

1. From on or about September 21, 2001 through on or about October 25, 2002, defendant **YOUSSEF MAHIR** devised and intended to devise a scheme and artifice to defraud his employer the Center for International Business and Travel and the World Bank, which are located in Washington, D.C., of the right of honest services that defendant owed to CIBT and the World Bank.

2. It was part of the scheme and artifice that defendant MAHIR made false and fraudulent representations to the embassies and government of Germany, France, and the United Kingdom to obtain visa's and other foreign travel documents on behalf of a Moroccan National by falsely and fraudulently representing that the Moroccan National was an employee, that is a "contractor" of the World Bank, who required the visa's and foreign travel documents to travel on behalf of the World Bank.

3. On or about September 21, 2001, defendant MAHIR for the purpose of executing the scheme and artifice, caused to be placed in an authorized depository for mail a cover letter from

the World Bank addressed to the Embassy of Germany, a visa application along with a passport, a copy of a Resident Alien card, and two photographs all of and relating to the Moroccan National to be sent and delivered by a commercial courier to the Embassy of Germany in Washington, D.C. for the purpose of obtaining a multi-entry visa for the Moroccan National.

    4. On or about September 26, 2001, defendant MAHIR, obtained the multi-entry visa by commercial courier and, for the purpose of executing the scheme and artifice, caused it along with the passport and Resident Alien card of the Moroccan National to be placed in an authorized depository of the U.S. Postal Service in order to mail it to the Moroccan National in Texas.

    5. On or about August 29, 2002, defendant MAHIR for the purpose of executing the scheme and artifice, caused to be placed in an authorized depository for mail a cover letter from the World Bank addressed to the Embassy of France, a visa application along with a passport, a copy of a Permanent Resident card, and a sham itinerary all of and relating to the Moroccan National to be sent and delivered by a commercial courier to the Embassy of France in Washington, D.C. for the purpose of obtaining a multi-entry visa for the Moroccan National.

    6. On or about September 3, 2002, defendant MAHIR, obtained the multi-entry visa by commercial courier and, for the purpose of executing the scheme and artifice, caused it along with the passport and Permanent Resident card of the Moroccan National to be placed in an authorized depository of the U.S. Postal Service in order to mail it to the Moroccan National in Texas.

    7. On or about October 23, 2002, defendant MAHIR for the purpose of executing the scheme and artifice, caused to be placed in an authorized depository for mail a cover letter from the World Bank addressed to British Consulate General, a visa application along with a passport, a Permanent Resident card all of and relating to the Moroccan National to be sent and delivered

by a commercial courier to the British Consulate General in New York City, New York for the purpose of obtaining a multi-entry visa for the Moroccan National.

    8. On or about October 25, 2002, defendant MAHIR, obtained the multi-entry visa by commercial courier and, for the purpose of executing the scheme and artifice, caused it along with the passport and Permanent Resident card of the Moroccan National to be placed in an authorized depository of the U.S. Postal Service in order to mail it to the Moroccan National in Texas.

**(Mail Fraud, in violation of Title 18, United States Code, Sections 1341 and 1346)**

 

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar # 451-058

By: _____
HEIDI M. PASICHOW
Assistant United States Attorney
Bar # 370-686
Transnational/Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7533
Heidi.Pasichow@usdoj.gov