IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-252 (RMU) |
| | : | |
| v. | : | |
| | : | |
| YOUSSEF MAHIR, | : | VIOLATION: |
| | : | |
| Defendant. | : | 18 U.S.C. §§ 1341, 1346 |
| | : | (Mail Fraud) |

**NOTICE OF DEFENDANT'S INTENTION TO PLEA TO INFORMATION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that the defendant, through his counsel, has informed the United States that he intends to plea to the one-count information at the hearing scheduled for August 22, 2005. The United States provides the Court with the following information for purposes of conducting the plea colloquy and has enclosed herewith the United States' plea proffer.

The United States filed an information on July 5, 2005, charging the defendant with one count of violating Title 18, United States Code, Sections 1341 and 1346 (Mail Fraud). Pursuant to 18 U.S.C. § 1341, this offense is punishable by imprisonment of up to 20 years. Under 18 U.S.C.. § 3571(b)(3), it is also punishable by a fine of up to $250,000 and a term of supervised release not to exceed five years pursuant to 18 U.S.C. § 3583(b)(1). In addition, the defendant is required to pay a special assessment of $100. 18 U.S.C. § 3013. Pursuant to Section 5E1.2 of the United States Sentencing Guidelines, the Court may also impose a fine sufficient to pay the federal government the costs of any imprisonment.

The elements of the offense for Mail Fraud are:

(1)    that the defendant devised a scheme and artifice to defraud The Center for

International Business and Travel and the World Bank of his honest services as an employee and contractor by falsely and fraudulently obtaining visas and international travel documents from the nations of Germany, France, and the United Kingdom as if he were acting on behalf of the World Bank; and

(2)   Mailed or caused to be mailed by the U.S. Postal Service or sent by Federal Express (a commercial interstate carrier) letters and other items for the purpose of executing the scheme and artifice.  See United States v. Hardaway Young, 232 U.S. 155, 161 (1914);  Maxwell v. United States, 920 F.2d. 1028 (D.C. Cir.1990). The United States and the defendant have agreed, based on the facts of this case, that under the Sentencing Guidelines Section 2B1.1(a)(1), the defendant's base offense level is 7.  As reflected in the parties' written plea agreement, the defendant understands that the parties' estimation and agreement does not control or bind in any way, the Probation Office or this Court.

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

By: _____
     HEIDI M. PASICHOW
     Assistant U.S. Attorney
     D.C. Bar # 370-686
     Transnational/ Major Crimes Section
     United States Attorney's Office
     555 4th Street, N.W.
     Washington, D.C.  20530
     Heidi.Pasichow@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that a copy of the foregoing document has been faxed and mailed postage prepaid to counsels for defendant, David Bos and Lara Quint, Assistant United States Public Defenders, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, on this 17th day of August, 2005.

                _____
                HEIDI M.. PASICHOW
                Assistant United States Attorney