# United States District Court for the District of Columbia

**FILED**
AUG 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

YOUSSEF MAHIR

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-0252 (RMU)

I, **Youssef Mahir,** the above named defendant, who is accused of **Mail Fraud, Title 18 United States Code, Sections 1341 and 1346**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **August 22, 2005,** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge