IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. 05-252 |
| | : | |
| v. | : | Judge Ricardo M. Urbina |
| | : | |
| | : | VIOLATION: |
| YOUSSEF MAHIR, | : | |
| | : | 18 U.S.C. §§ 1341, 1346 |
| Defendant. | : | (Mail Fraud) |

**FILED**

AUG 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FACTUAL PROFFER
### IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that from on or about September 25, 2001 through on or about October 25, 2002 defendant YOUSSEF MAHIR (hereafter, "MAHIR" or "defendant") committed the offense of Mail Fraud in violation of Title 18, United States Code, Sections 1341 and 1346.

### Background regarding Defendant Mahir, CIBT, and the World Bank

During the period of September 2001 through October 2002, defendant Youssef Mahir was an Account Service Representative for The center for International Business and Travel ("CIBT") is a travel agency business which is a contractor for the World Bank. CIBT obtains VISAs and other travel documentation on behalf of the World Bank and its officials. Such VISAs and travel documentation is vital to the work of the World Bank.

The World Bank, which is formally titled the International Bank for Reconstruction and Development, is a United Nations agency that raises capital for, and makes loans for,

development projects in lesser development nations. The World Bank is headquartered at 1818 H Street, N.W., Washington, D.C., Its employees enjoyed a form of "diplomatic immunity from criminal and civil legal process while acting on behalf of the World Bank. Thus travel documents and VISAs issued on the basis that they will be used for official World Bank business provide a traveler with lesser scrutiny in international travel.

In working for CIBT and on behalf of the World Bank, defendant Mahir was responsible for obtaining VISAs and international travel documents for World Bank officials. In that capacity, defendant Mahir owed CIBT and the World Bank his honest services.

### The Fraudulent Scheme

On December 9, 2003, Special Agent Denise Montgomery of the United States Department of State, Diplomatic Security Service, went to the World Bank in the District of Columbia. Agent Montgomery's visit to the World Bank was based on information she had received that an employee of the Center for International Business and Travel (CIBT), a subcontractor of the World Bank, had submitted letters to the embassies of Germany, France and the Consulate of the United Kingdom requesting visas for Witness 1 (W-1) and requesting visas for W-1 as a World Bank employee who would be traveling on official business. The Center for International Business and Travel obtains visas for World Bank employees and their dependants only for official travel on behalf of the World Bank. The investigation revealed that W-1 is not and never was an employee of or consultant for the World Bank.

During the course of her investigation, Agent Montgomery learned from W-1 that he was planning to go to Morocco in 2001 for personal reasons and needed to obtain a visa from the Embassy of Germany. W-1 contacted MAHIR, who was an employee of CIBT and whose

responsibilities included obtaining visas on behalf of World Bank employees and consultants, and told him that he needed the visa quickly. MAHIR offered to use his position at CIBT to obtain the necessary visa for W-1. MAHIR told W-1 to mail W-1's passport, a copy of his Resident Alien card and two photographs to MAHIR at the World Bank. MAHIR drafted a World Bank cover letter and visa application and sent the documents through a courier to the Embassy of Germany in Washington, D.C. In the World Bank cover letter, MAHIR represented that W-1 was a World Bank consultant and would be traveling on official business for the World Bank. MAHIR obtained the multiple-entry visa from the Embassy of Germany on September 25, 2001 and mailed it through the U.S. Postal Service to W-1 in Texas.

In August, 2002, W-1 again contacted MAHIR and stated that he wanted to go to Morocco for personal reasons and needed a visa from the Embassy of France. MAHIR offered to use his position at CIBT to obtain the necessary visa for W-1. MAHIR told W-1 to mail W-1's passport, a copy of his Residential Alien card and two photographs to MAHIR at the World Bank. MAHIR drafted a World Bank cover letter and visa application and sent the documents through a courier to the Embassy of France in Washington, D.C. In the World Bank cover letter, MAHIR represented that W-1 was a World Bank consultant and would be traveling on official business for the World Bank. MAHIR obtained the multiple-entry visa from the Embassy of France on September 3, 2002.

In October, 2002 W-1 again contacted MAHIR and stated that he wanted to go to Morocco for personal reasons but wanted to travel through England on a cheaper flight and needed a visa from the Embassy of the United Kingdom. MAHIR offered to use his position at CIBT to obtain the necessary visa for W-1. MAHIR told W-1 to mail W-1's passport, his original

Resident Alien card, and two photographs to MAHIR at the World Bank. MAHIR drafted a World Bank cover letter and visa application and then MAHIR mailed W-1's documents via Federal Express from the World Bank to the Consulate of the United Kingdom in New York. In the World Bank cover letter, MAHIR represented that W-1 was a World Bank consultant and would be traveling on official business for the World Bank. MAHIR obtained the multiple-entry visa from the consulate of the United Kingdom via return Federal Express mail on October 25, 2002. MAHIR then mailed W-1's passport with the valid visa through the U.S. Postal Service to W-1 in Texas.

During several conversations, MAHIR confirmed the above-described chronology and factual events to Agent Montgomery.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

HEIDI M. PASICHOW
Assistant United States Attorney
Transnational/Major Crimes Section
D.C. Bar # 370-686
555 4th Street, N.W.
Washington, D.C. 20530
Heidi.Pasichow@usdoj.gov

Defendant's Acceptance

I have read this Factual Proffer and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this matter. The facts set forth in this document are true and accurate.

_08-22-05_  
Date

_____  
Youssef Mahir  
Defendant

### Attorney's Acknowledgment

I am defendant's attorney. I have reviewed every part of this Factual Proffer with him.

_8/22/05_  
Date

_____  
David Bos/Lara Quint  
Counsels for Defendant