

CIBT, Inc.
*Center for International Business and Travel*™
*America's Visa and Passport Professionals*™

October 18, 2005

Attention: Judge Ricardo M. Urbina, U.S. District Judge
C/O: Ms. Heidi Pasichow, Asst. U.S. Attorney
Fax: 202-307-6059

RE: U.S. vs. Yusif Mahir (Sentencing Date: December 5, 2005)
Impact Statement

Dear Judge Urbina:

I have been requested by Asst. U.S. Attorney, Heidi Pasichow to document the resulting impact Mr. Yusif Mahir's actions as outlined in the above case has had on my company, CIBT, Inc.

CIBT, Inc. is the nation's largest travel document expediting Service Company and enjoys a fine reputation as leader in its field of expertise. CIBT provides visa and passport processing support to The World Bank through The World Bank Visa Office. CIBT's relationship with The World Bank originates in 1996.

As a direct result of the actions made by Mr. Mahir, CIBT, Inc. has affected the following procedural changes:

- Detailed criminal background checks are completed on all new employees investigating felonies and misdemeanors with enforcement agencies for Federal, state and all counties of residence for the past 7 years including civil and federal courts. After initial background check, a follow up background check is conducted every 2 years on every CIBT - World Bank employee. In fact, we now require this for all CIBT employees' nation wide.
- We have instituted a 90 day probationary period for all new employees, allowing CIBT to terminate employment for new employees who are not performing to company standards or who are in violation of CIBT's standards of conduct.
- We now recruit a higher caliber of employees and have raised the minimum requirement for entry level recruiting (industry experience and college education).
- VisaBank (CIBT's operating system) security levels changed, management staff only have the ability to delete itineraries and delete traveler Profiles. This required outside programming resources at additional IT cost.
- World Bank staff members are now required to have a trip number in order to process visas with the Visa Office. If unable to provide trip number visas will not be processed.
- The Visa Office now requires World Bank staff members or assistants to provide UPI number (WB Employee Number) and must sign The Visa Office's counter sheet indicating mission travel
- Quality Control Group Leader is responsible for the initial Quality Control of every visa application
Verification with the World Bank staff member that the information entered on all visa applications is accurate

While much of the impact can be measured by the actions taken above, however, much of my company's legacy value is built on relationships and integrity, which is far more difficult to evaluate. As a direct result of his actions, the German Embassy refused to let CIBT process visas on behalf of the World Bank and

*Chicago • Houston • Los Angeles • Miami • New York • San*

GOVERNMENT EXHIBIT
No. A
Cr. # 05-0252

insisted that travelers appear in person. This, as you can imagine had a significant effect on processing volumes, relationships with the German Embassy and The World Bank. Many other embassies (including France and The United Kingdom) have instituted more stringent processing requirements in the wake of Mr. Mahir's actions, thereby making the application some what more complicated.

It is evident that that the actions of Mr. Mahir has had an impact on CIBT, Inc. Today, we have more formal and thorough processes in place, tighter enforcement of policies and more selective hiring techniques. The relationship costs are also evident, yet more difficult to measure, and while our reputation is still in tact with The World Bank, the memory of this incident will live long and with it some subtle reservation.

I hope this has been of assistance.

Sincerely,

Michael Musikanth
Chief Operating Officer
CIBT, Inc.