UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Case No.: 05-0252 (RMU)
:
YOUSEEF MAHIR, :
:
Defendant. :

FILED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 14th day of November 2005,

**ORDERED** that the sentencing in the above-captioned case scheduled for December 5, 2005 is hereby **VACATED** and **RESCHEDULED** for Monday, December 12, 2005 at 9:45 am.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge