UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal Case No.: 05-0252 (RMU)
:
YOUSEEF MAHIR,  :
:
Defendant.  :

**FILED**

DEC 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 12 day of December 2005,

**ORDERED** that a _progress_ hearing in the above-captioned case shall take place on August 8, 2006 at 10:45.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge

