HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-252-01</u> |
|---|---|---|
| vs. | : | SSN: |
| MAHIR, Youssef | : | Disclosure Date: <u>October 3, 2005</u> |

**FILED**
DEC 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                       **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(x) There are material/factual inaccuracies in the PSI report as set forth in the attachment. SEE ATTACHED

_____          _____
**Defendant**           **Date**                  **Defense Counsel**      12/2/05 **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 18, 2005</u>, to U.S. Probation Officer <u>Kathie McGill</u>, telephone number <u>(202) 565-1421</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (212) 208-7515

October 21, 2005

Kathie McGill
United States Probation Officer
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

RE: United States v. Youssef Mahir,
Crim. No. 05-252 (RMU)

Dear Ms. McGill:

Enclosed please find the Defendant's Objections and Comments to the pre-sentence report prepared in connection with the above referenced case.

**Paragraph 17**: Because the events which gave rise to these offenses occurred from 2001 until 2002, the 2001 Edition of Guideline Manual is the correct edition in this case.

**Paragraphs 19**: Using the 2001 Edition, the base offense level in this case is 6

**Paragraph 27**: With the adjustment noted above, the Adjusted Offense Level in this case is 6.

Sincerely,

David W. Bos
Assistant Federal Public Defender