OCT-25-2005  15:29                                                                                          202 616 3782    P.02/03

HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-252-01 |
| | : | |
| vs. | : | SSN: |
| | : | |
| MAHIR, Youssef | : | Disclosure Date: October 3, 2005 |

**FILED**
**DEC 1 2 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           10-18-05
Prosecuting Attorney                        Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____           _____
Defendant         Date                      Defense Counsel         Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **October 18, 2005**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242.** /273-0193
208-3057

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

Receipt and Acknowledgment                                              Page 2

(1) There appears to be inconsistent reporting of defendant's monthly child support payments. On page 7, defendant self-reports $700. per month. However, on page 10 child support "expenses" list the amount of $300. per month.

Furthermore it is not clear whether Mr Mahis is an owner or partial owner of a residence (one that his son and former wife reside in). Also, he may be paying no amount of rent at this time. These accounts may impact his ability to pay any fine imposed in this case.

(2) Paragraph makes reference to Fed Crim Rule Proc 32(b)(4)(B). It appears that the applicable rule is 32(1)(4)B.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 10-18-05