UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No.: 05-0252 (RMU) |
| YOUSEEF MAHIR, | : | **FILED** |
| Defendant. | : | MAY 16 2006 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

It is this 16th day of May 2006,

**ORDERED** that the supervised release progress hearing in the above-captioned case scheduled for Tuesday, August 8, 2006 is hereby **VACATED** and **RESCHEDULED** for Thursday, August 10, 2006 at 3:45 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge