UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
        v.                         :        Criminal Case No.: 05-0252 (RMU)
                                   :
YOUSEEF MAHIR,                     :
                                   :
        Defendant.                 :

**FILED**
AUG 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this _10_ day of _August_ 2006,

**ORDERED** that a _progress_ hearing in the above-captioned case shall take place on _Feb 6 2007_ at _11:45_.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge