UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Case No.: 05-0252 (RMU)
                                  :
YOUSEEF MAHIR,                    :
                                  :
            Defendant.            :

**FILED**
FEB 6 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**ORDER**</u>

It is this 6th day of February 2007,

**ORDERED** that a _progress_ hearing in the above-captioned case shall take place on _August 6 2007_ at _10:30_.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge