UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No.: 05-0252 (RMU) |
| YOUSEEF MAHIR, | : | |
| Defendant. | : | |

**FILED**

JUN 6 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 6th day of June 2007,

**ORDERED** that the progress hearing in the above-captioned case scheduled for August 6, 2007 is hereby **VACATED** and **RESCHEDULED** for Monday, August 13, 2007 at 1:30 p.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge