UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No.: 05-0252 (RMU) |
| YOUSEEF MAHIR, | : | |
| Defendant. | : | |

**FILED**
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 13th day of August 2007,

**ORDERED** that a _progress_ hearing in the above-captioned case shall take place on _Feb. 19 2007_ at _10 AM_.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge